AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

CHRISTOPHER E. BROWN,
an individual,

_____ v. _____        Plaintiff,

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., d/b/a THE FOOD
EMPORIUM, a Maryland Corporation,

Defendant.

**APPEARANCE**

Case Number:  08-cv-5603 (DC)(THK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, The Great Atlantic & Pacific Tea Company, Inc., d/b/a The Food Emporium, a Maryland Corporation.

I certify that I am admitted to practice in this court.

| 8/6/2008 | PRYOR CASHMAN LLP |
|---|---|
| Date | Signature |

| James O'Brien | JO'B0858 |
|---|---|
| Print Name | Bar Number |

410 Park Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 326-0401 | (212) 798-6912 |
|---|---|
| Phone Number | Fax Number |