UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHRISTOPHER E. BROWN,
an individual,

                Plaintiff,

    v.                                08-cv-5603(DC THK)

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., d/b/a THE FOOD                **STIPULATION**
EMPORIUM, a Maryland Corporation,

                Defendant.
-------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the above-captioned parties, that Defendant's time to move, answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended to August 22, 2008.

Dated: August 4, 2008

PRYOR CASHMAN LLP

By _____
   James S. O'Brien (JO'B 0858)
   Sarah E. Bell (SB 2726)
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Defendant*

KU & MUSSMAN, P.A.

By _____
   James Justin Griffin (JG 4808)
176 Route 304, 2nd Floor
Bardonia, NY 10954
(845)-623-8071

KU & MUSSMAN, P.A.
11098 Biscayne Blvd.
Suite 301
Miami, FL 33161
*Attorneys for Plaintiff*

USDJ
8/07/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08