AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern             DISTRICT OF            New York

CHRISTOPHER E. BROWN,
an individual,

                Plaintiff,

v.

THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., d/b/a THE FOOD EMPORIUM, a Maryland Corporation,

                Defendant.

**APPEARANCE**

Case Number: 08-cv-5603 (DC)(THK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, The Great Atlantic & Pacific Tea Company, Inc., d/b/a The Food Emporium, a Maryland Corporation.

I certify that I am admitted to practice in this court.

PRYOR CASHMAN LLP

| 8/6/2008 | *(signature)* |
|---|---|
| Date | Signature |

| Sarah E. Bell | SB2726 |
|---|---|
| Print Name | Bar Number |

410 Park Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 326-0401 | (212) 798-6912 |
|---|---|
| Phone Number | Fax Number |