UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
CHRISTOPHER E. BROWN,                                  :
an individual,                                                          :
                                                                                :
                       Plaintiff,         :    CASE NO: 08-cv-5603
                                                                                :
            - against -                                       :
                                                                                :    **Rule 7.1 Statement**
                                                                                :
THE GREAT ATLANTIC & PACIFIC TEA COMPANY, :
INC., d/b/a THE FOOD EMPORIUM,           :
a Maryland Corporation,                                      :
                      Defendant.        :
                                                                                :
------------------------------------------------------------------------X

      Defendant The Great Atlantic & Pacific Tea Company, Inc., d/b/a The Food Emporium, as and for its Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that:

      1.    Defendant, The Great Atlantic & Pacific Tea Company, Inc., is publicly traded.

      2.    No publicly held corporation owns 10% or more of The Great Atlantic & Pacific Tea Company, Inc.'s stock. Tengelmann Warenhandelsgesellschaft KG ("Tengelmann Group"), a privately held German company, is the parent corporation, owns approximately 38%, and is the majority shareholder of The Great Atlantic & Pacific Tea Company, Inc.'s stock.

Dated:  August 22, 2008
           New York, New York

                                          PRYOR CASHMAN LLP

                                          By: /S/ James S. O'Brien Jr.
                                                James S. O'Brien, Jr. (JO'B 0858)
                                                Sarah E. Bell (SB 2726)
                                        410 Park Avenue
                                        New York, New York
                                        Tel:   (212) 421-4100
                                        Fax:  (212) 798-6317
                                        jobrien@pryorcashman.com

                                        *Attorneys for Defendant*

Case 1:08-cv-05603-DC   Document 5   Filed 08/22/2008   Page 2 of 2